UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Criminal No. 03-491-4 (ESH) <u>UNDER SEAL</u> |
| JULIO RAMIREZ, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

In a hearing before Magistrate Judge Kay on March 25, 2011, defendant Julio Ramirez entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 12, 2011